IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

FILED

10:59 am, 12/10/10

Tim J. Ellis
Clerk of Court

| | |
|---|---|
| In re ) | |
| ) | |
| CRAIG M. BURGENER, ) | Case No.  10-21366 |
| ) | Chapter 13 |
| Debtor. ) | |

### ORDER REQUIRING COMPLIANCE

On November 17, 2010, the debtor filed a chapter 7 petition. On November 17, 2010 the Clerk of Court reviewed the petition and served a Deficiency Notice on the debtor. The Notice allowed the debtor until December 1, 2010 to file all outstanding documents or the case would be automatically dismissed. A review of the file finds that the Means Test Form 22A has not been filed.

IT IS ORDERED that the court will allow the debtor additional time to file the documents. The debtor shall file, no later than December 30, 2010, any and all outstanding documents indicated on the Deficiency Notice (a copy of which is attached), failing which this case will be dismissed without further notice or hearing.

DATED this _10_ day of December, 2010.

BY THE COURT

_____
United States Bankruptcy Judge

Service to:
   Craig Burgener

Form defntc

# UNITED STATES BANKRUPTCY COURT

District of Wyoming

Case No.: 10-21366
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Craig M Burgener
303 West Hills Loop
Gillette, WY 82718

Social Security / Individual Taxpayer ID No.:
xxx-xx-8173

Employer Tax ID / Other nos.:

## DEFICIENCY NOTICE

To the Debtor(s) and his attorney, if any:

You are hereby notified that unless the following documents or items are properly filed and complied with no later than the dates below, the case will be automatically dismissed by the Court without further notice or hearing:

- Means Test Form 22A due 12/01/2010

Any party desiring to object to the dismissal of the case may do so by filing an objection within fourteen (14) days and request a hearing in accordance with L.B.R. 1017-2.

Dated: 11/17/10

Tim J. Ellis,

Clerk of Court